UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FRANK LOUIS AMODEO,

    Petitioner,

v.                                    CASE NO. 6:11-cv-1850-Orl-28GJK

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER

Petitioner has filed a Motion Under Section 2255 to Vacate, Set Aside, or Correct Sentence Petition for Habeas Corpus Relief (Doc. No. 1, filed November 181, 2011), which greatly exceeds twenty-five pages in length and is in violation of Local Rule 3.01(a).[1] Consequently, Petitioner's section 2255 motion (Doc. No. 1) is hereby **STRICKEN**, and it shall be removed from the record and returned to Petitioner by the Clerk of the Court.

Within twenty-one (21) days from the date of this Order, Petitioner shall refile his section 2255 motion on the appropriate section 2255 form, and, as to each claim, he shall set forth on the form itself a brief and concise description of the claim with supporting facts. Petitioner *should not* incorporate a memorandum of law into the section 2255 form, and it shall not exceed twenty-five pages (25) in length. Within the same time-frame, Petitioner may file a *separate* memorandum of law providing legal argument in support of

---

[1] Petitioner executed the petition on November 15, 2011.

his claims, which shall not exceed twenty-five (25) pages in length. The failure to *fully* comply with this Order will result in the dismissal of this action without further notice.

**DONE AND ORDERED** in Chambers at Orlando, Florida, this __23__ day of November, 2011.

JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

Copies to:
OrlP-2 11/23
Frank Louis Amodeo