UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FRANK LOUIS AMODEO,

    Petitioner,

v.                                                CASE NO. 6:11-cv-1850-Orl-28GJK

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER

This case is before the Court on the following matters:

1.    Petitioner has filed an Amended Motion Under Section 2255 to Vacate, Set Aside, or Correct Sentence Petition for Habeas Corpus Relief (Doc. No. 4, filed December 19, 2011), which again greatly exceeds twenty-five pages in length and is in violation of Local Rule 3.01(a).[1] Consequently, Petitioner's amended section 2255 motion (Doc. No. 4) is hereby **STRICKEN,** and it shall be removed from the record and returned to Petitioner by the Clerk of the Court.

Within twenty-one (21) days from the date of this Order, Petitioner shall refile his section 2255 motion on the appropriate section 2255 form, and, as to each claim, he shall set forth on the form itself a brief and concise description of the claim with supporting facts. Petitioner *should not* incorporate a memorandum of law into the section 2255 form,

---

[1] Petitioner executed the petition on December 14, 2011.

and it shall not exceed twenty-five pages (25) in length. Since Petitioner states that he has several claims, he shall provide only a brief and concise description of the claim on the form itself.

Within the same time-frame, Petitioner may file a *separate* memorandum of law providing legal argument in support of his claims, which shall not exceed forty (40) pages in length. In the memorandum of law, Petitioner may provide a more thorough description of his claims. The failure to *fully* comply with this Order will result in the dismissal of this action without further notice.

2.   Petitioner's Motion for Clarification (Doc. No. 3, filed December 19, 2011) is **DENIED** as moot in light of paragraph one above.

**DONE AND ORDERED** in Chambers at Orlando, Florida, this 9th day of January, 2012.

JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

Copies to:
OrlP-2 1/3
Frank Louis Amodeo