UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FRANK LOUIS AMODEO,

    Petitioner,

-vs-                                      Case No.  6:11-cv-1850-Orl-28GJK
                                      (Criminal Case No.: 6:08-cr-176-Orl-28GJK)

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER

On January 9, 2012, the Court ordered Petitioner to file an amended section 2255 motion within twenty-one days from the date of the Order (Doc. No. 5). Further, the Court notified Petitioner that the failure to do so would result in the dismissal of the action without further notice. As of the date of this Order, Petitioner has failed to comply.

Accordingly, it is now **ORDERED AND ADJUDGED** as follows:

1.     This case is hereby **DISMISSED** without prejudice.

2.     The Clerk of the Court is directed to close this case.

**DONE AND ORDERED** at Orlando, Florida, this ___7___ day of February, 2012.

                                                            JOHN ANTOON II
                                                            UNITED STATES DISTRICT JUDGE

Copies to:
OrlP-2 2/7
Frank Louis Amodeo