UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FRANK LOUIS AMODEO,

   Petitioner,

-vs-                                        Case No. 6:11-cv-1850-Orl-28GJK
                                        (Criminal Case No.: 6:08-cr-176-Orl-28GJK)

UNITED STATES OF AMERICA,

   Respondent.
_____/

## ORDER

This case is before the Court on Petitioner's Motion to Vacate Order of Dismissal (Doc. No. 7). Upon consideration, the motion is **DENIED**.

**DONE AND ORDERED** at Orlando, Florida, this 6 day of March, 2012.

                                              JOHN ANTOON II
                                              UNITED STATES DISTRICT JUDGE

Copies to:
OrlP-2 2/7
Frank Louis Amodeo