UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FRANK LOUIS AMODEO,

　　Petitioner,

-vs-　　　　　　　　　　　　　　　　　　　　　　Case No. 6:11-cv-1850-Orl-28GJK
　　　　　　　　　　　　　　　　　　　　　(Criminal Case No.: 6:08-cr-176-Orl-28GJK)

UNITED STATES OF AMERICA,

　　Respondent.
_____/

## ORDER

This case is before the Court on the following motion:

| | |
|---|---|
| MOTION: | PETITIONER'S APPLICATION FOR A CERTIFICATE OF APPEALABILITY (Doc. No. 11) |
| FILED: | April 6, 2012 |
| THEREON it is ORDERED that the motion is DENIED. | |

Petitioner has not made a substantial showing of the deprivation of any federal constitutional right.

**DONE AND ORDERED** in Chambers at Orlando, Florida, this 20th day of May, 2012.

　　　　　　　　　　　　　　　　　　　　　　　JOHN ANTOON II
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Copies to:
OrlP-2 5/18
Counsel of Record
Frank Louis Amodeo