UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FRANK LOUIS AMODEO,

    Petitioner,

-vs-                                          Case No. 6:11-cv-1850-Orl-28GJK
                                          (Criminal Case No.: 6:08-cr-176-Orl-28GJK)

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER

This case is before the Court on Petitioner's Motion for Leave to Appeal In Forma Pauperis (Doc. No. 13, filed May 23, 2012). Upon consideration, the motion is **DENIED**. Any appeal by Petitioner would not be taken in good faith because Petitioner has failed to make a substantial showing of the deprivation of any federal constitutional right. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a). Thus, Petitioner is not entitled to appeal as a pauper, and Petitioner shall pay the $455.00 appellate filing fee. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a).

**DONE AND ORDERED** in Chambers at Orlando, Florida, this __25__ day of June, 2012.

                                                            JOHN ANTOON II
                                                            UNITED STATES DISTRICT JUDGE

Copies to:
OrlP-2 6/25
Counsel of Record
Frank Louis Amodeo